Bruce H. Sales
Gregg A. Paradise
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:   908.654.5000
Fax:  908.654.7866

*Attorneys for Defendants/Counterclaim Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ENG SALES LLC, | : | **Document Filed Electronically** |
| | : | |
| Plaintiff, | : | Civil Action No. 19-17482-SRC-CLW |
| v. | : | |
| | : | |
| MARY RUYAN, LLC d/b/a COGO INC.; | : | Stanley R. Chesler, U.S.D.J. |
| MARY ALLISON RUYAN; DIVA | : | Cathy L. Waldor, U.S.M.J. |
| INTERNATIONAL INC.; JOHN DOES 1-10, | : | |
| | : | |
| Defendants. | : | |
| | x | |
| DIVA INTERNATIONAL INC., | : | |
| | : | |
| Counterclaim Plaintiff, | : | |
| v. | : | |
| | : | |
| ENG SALES LLC; ENG SALES LLC d/b/a | : | |
| STAM SALES; ELIEZER ZIMMERMAN; | : | |
| GITEL ZIMMERMAN. | : | |
| | : | |
| Counterclaim Defendants. | x | |

**STIPULATION TO EXTEND TIME FOR THE COUNTERCLAIM DEFENDANTS
TO FILE ANSWER AND/OR OTHER RESPONSIVE PLEADING**

It is hereby stipulated by Defendant/Counterclaim Plaintiff Diva International Inc., Plaintiff/Counterclaim Defendant ENG Sales LLC, and Counterclaim Defendants Eliezer Zimmerman and Gitel Zimmerman, subject to the approval of the Court, as follows:

1. Plaintiff/Counterclaim Defendant ENG Sales LLC was served with the counterclaims on October 11, 2019.

2. The undersigned counsel for Counterclaim Defendants Eliezer Zimmerman and Gitel Zimmerman accepted service of the Summonses and Counterclaims on October 23, 2019.

3. All Counterclaim Defendants shall have until November 13, 2019 to answer or otherwise respond to the Counterclaims.

**SO AGREED:**

| | |
|---|---|
| AMSTER, ROTHSTEIN & EBENSTEIN LLP<br>90 Park Avenue<br>New York, NY 10016<br>Tel:   212.336.8000<br>Fax:   212.336.8001<br>*Attorneys for Plaintiffs/Counterclaim Defendants*<br><br>By:   s/ Mark Berkowitz<br>       Mark Berkowitz<br>       E-mail:  mberkowitz@arelaw.com<br><br>Dated:   October 25, 2019 | LERNER, DAVID, LITTENBERG,<br>   KRUMHOLZ & MENTLIK, LLP<br>600 South Avenue West<br>Westfield, NJ 07090-1497<br>Tel:   908.654.5000<br>Fax:   908.654.7866<br>*Attorneys for Defendants/Counterclaim Plaintiffs*<br><br>By:  s/ Gregg A. Paradise<br>       Gregg A. Paradise<br>       E-mail:  gparadise@lernerdavid.com<br>                    litigation@lernerdavid.com<br><br>Dated:   October 25, 2019 |

**SO ORDERED**:

Dated: _____            _____
           Newark, New Jersey                                            Cathy L. Waldor
                                                                                          United States Magistrate Judge